**FILED**
AUG - 5 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILLY MIKALI AMDUSO, *et al.*, | ) |
| Plaintiffs, | ) CIVIL ACTION NO.: **08 1361** |
| v. | ) |
| REPUBLIC OF SUDAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Plaintiffs' Motion to Seal, it is hereby this 5th day of August, 2008

**ORDERED** that Plaintiffs' Motion is Granted and any document that contains Plaintiffs' addresses shall remain under seal.

Royce C. Lamberth
United States District Judge