FILED

AUG - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLY MIKALI AMDUSO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC OF SUDAN, *et al.*, <br><br> Defendants. | CI   Case: 1:08-cv-01361 <br> Assigned To : Bates, John D. <br> Assign. Date : 8/5/2008 <br> Description: PI/Malpractice |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT USING P.O. BOXES AS RESIDENCE ADDRESSES

Plaintiffs respectfully request leave of Court to use P.O. Box addresses for most of their residence addresses. The Plaintiffs request the use of P.O. Box addresses for safety reasons and lack of a better mailing address. The Local Rules normally require that the "first filing on behalf of a party shall have in the caption the name and full residence address of the party." LCvRs 5.1(e)(1). In support of Plaintiffs' motion they attach a Memorandum of Points and Authorities.

Plaintiffs also attach a proposed order.

Dated August 5, 2008

Respectfully submitted,

_____
Edward MacAllister (No. 494558)
Steven R. Perles (No. 326975)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 955-9055
Telefax: (202) 955-3806

1

William Wheeler, USDC Bar #MS0005
Jamie Franks, USDC Bar# 100156
Wheeler, Goodsell, & Franks
Post Office Box 681
Tupelo, MS 38802
Telephone: (662) 842-0380
Telecopier: (662) 842-7491


John Arthur Eaves, Jr., USDC Bar #432137
Eaves Law Firm
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Telecopier: (601) 355-0530


**ATTORNEYS FOR THE PLAINTIFFS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLY MIKALI AMDUSO, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO.:_____<br>) |
| v. | )<br>)<br>) |
| REPUBLIC OF SUDAN, *et al.*, | )<br>) |
| Defendants. | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT USING P.O. BOXES AS RESIDENCE ADDRESSES

Plaintiffs respectfully request leave of Court to use P.O. Box addresses for most of their residence addresses. The Plaintiffs request the use of P.O. Box addresses for safety reasons. The Local Rules normally require that the "first filing on behalf of a party shall have in the caption the name and full residence address of the party." LCvRs 5.1(e)(1). The Plaintiffs are also forced to use P.O. Box addresses because that is their best mailing address.

Plaintiffs have therefore furnished to the Clerk of Court a list containing at least a P.O. Box address for each Plaintiff, which is the same list of addresses that was used by this Court for these same Plaintiffs in *Abur v. Republic of Sudan*, Civil Action No. 02-1188 (JDB). In support of Plaintiffs' motion they further state the following:

Plaintiffs request an exercise of the Court's discretion to allow them to use a P.O. Box address rather than their full residence addresses in the interest of their physical safety and that of their families. Plaintiffs are the victims of the Sudanese and Iranian

08 1361

FILED
AUG - 5 2008
Clerk, U.S. District and
Bankruptcy Courts

1

sponsored terrorist attacks upon the Embassies of the United States located in Dar Es Salaam, Tanzania and Nairobi, Kenya on August 7, 1998.

For the forgoing reasons, Plaintiffs also filed, contemporaneously with this Motion, a Motion to Seal the list of Plaintiffs' Addresses described above. Even if the Court grants Plaintiffs their requested relief under the Motion to Seal, Plaintiffs are extremely uncomfortable with providing any further identification of their location other than a P.O. Box address.

Plaintiffs suggest that insofar as most of the terrorist agents of the Defendants are known and dangerous terrorists who remain at large in Africa and the Middle East and that one of the Defendant foreign sovereigns is their geographic next-door-neighbor the Sudan, which continues to wage war on its own citizens through military attacks that have been characterized as "genocide" by then Secretary of State Colin Powell,[1] among others; that their lives and personal security would be at grave risk if their full residence addresses were known.

Also, the Plaintiffs are mostly residents of Kenya and for the most part very impoverished by US standards and a P.O. Box address is their best mailing address. This Court has granted this relief to plaintiffs for this same reason in *Sanchez v. United States*, Civil Action No. 07-1573 (RMU) (Docket Entry #2).

Good cause therefore exists for allowing Plaintiffs to provide the Court with P.O. Box addresses as a full residence addresses. For the foregoing reasons, Plaintiffs pray that their Motion be granted and that they be allowed to provide their residence information to the Court in the form of P.O. Boxes on a list separate from their Complaint for Damages.

---

[1] http://news.bbc.co.uk/2/hi/africa/3641820.stm.

Dated August 5, 2008

Respectfully submitted,

*[signature]*

Edward MacAllister (No. 494558)
Steven R. Perles (No. 326975)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 955-9055
Telefax: (202) 955-3806


William Wheeler, USDC Bar #MS0005
Jamie Franks, USDC Bar# 100156
Wheeler, Goodsell, & Franks
Post Office Box 681
Tupelo, MS 38802
Telephone: (662) 842-0380
Telecopier: (662) 842-7491


John Arthur Eaves, Jr., USDC Bar #432137
Eaves Law Firm
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Telecopier: (601) 355-0530


**ATTORNEYS FOR THE PLAINTIFFS**

3