**FILED**

AUG - 5 2008

**Clerk,** U.S. District and **Bankruptcy Courts**

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILLY MIKALI AMDUSO, *et al.,* | ) |
| Plaintiffs, | ) CIVIL ACTION NO.: __08 1361__ |
| v. | ) |
| REPUBLIC OF SUDAN, *et al.,* | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Plaintiffs' Motion for Leave to File the Complaint Using P.O. Boxes as Residence Addresses, it is hereby this _5th_ day of _August_, 2008

**ORDERED** that the Motion is Granted and that the Clerk shall mark the Complaint filed on the date on which it was docketed, August 5, 2008.

_Royce C. Lamberth_
United States District Judge

4