UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MILLY MIKALI AMDUSO, *et al.*,      )
                                    )
            Plaintiffs,             ) CIVIL ACTION NO.:08-1361(JDB)
                                    )
    v.                              )
                                    )
REPUBLIC OF SUDAN, *et al.*,        )
                                    )
            Defendants.             )
_____)

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of the following counsel for plaintiffs:

**/s/ Steven R. Perles**
Steven R. Perles (No. 326975)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 955-9055
Telefax: (202) 955-3806

**/s/ John Arthur Eaves, Jr.**
John Arthur Eaves, Jr., USDC Bar #432137
Eaves Law Firm
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Telecopier: (601) 355-0530

1

2

Dated August 7, 2008   Respectfully submitted,

**/s/ Edward MacAllister**
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 955-9055
Telefax: (202) 955-3806


**ATTORNEYS FOR THE PLAINTIFFS**