UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES OWENS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>    Defendants. | Civil Action No. 01-2244 (JDB) |
| WINFRED WAIRIMU WAMAI, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>    Defendants. | Civil Action No.  08-1349 (JDB) |
| MILLY MIKALI AMDUSO, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>    Defendants. | Civil Action No.  08-1361 (JDB) |
| JUDITH ABASI MWILA, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>    et al.,<br><br>    Defendants. | Civil Action No.  08-1377 (JDB) |

1

| | |
|---|---|
| **MARY ONSONGO, et al.,**<br>    Plaintiffs,<br>         v.<br>**REPUBLIC OF SUDAN, et al.,**<br>    Defendants. | **Civil Action No.  08-1380 (JDB)** |
| **RIZWAN KHALIQ, et al.,**<br>    Plaintiffs,<br>         v.<br>**REPUBLIC OF SUDAN, et al.,**<br>    Defendants. | **Civil Action No. 10-0356 (JDB)** |

## ORDER

Upon consideration of the October 25-28, 2010 trial on liability, and the entire record in these cases, and for the reasons set out in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that final judgment on liability is entered in favor of plaintiffs and against defendants; it is further

**ORDERED** that the parties shall appear for a status conference to discuss the appointment of a special master and any other remaining issues on December 19, 2011 at 9:15 a.m. in Courtroom 14; and it is further

**ORDERED** that the Clerk of Court shall arrange for this Order and the accompanying Memorandum Opinion to be translated into Farsi and cause a copy of the translated Order and Memorandum Opinion to be transmitted to the United States Department of State for service.

**SO ORDERED**.

/s/

JOHN D. BATES
United States District Judge

Dated:  <u>November 28, 2011</u>