UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MILLY MIKALI AMDUSO, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**REPUBLIC OF SUDAN, et al.,**<br><br>Defendants. | Civil Action No. 08-1361 (JDB) |

### ORDER

Upon consideration of [73-253] the special masters' reports, and the entire record herein, it is hereby

**ORDERED** that [73-253] the special master reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $1,755,878,431.22; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

                                                                /s/
                                                     JOHN D. BATES
                                            United States District Judge

Dated: July 25, 2014

| | Name of Victim | Injured/Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Punitive Damages | Subtotal | Total Award (with applicable prejudgment interest) | Total Award (subtotal with prejudgment interest, plus punitive damages) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Boniface Chege | | Lucy Chege | Wife | | | $2,000,000 | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 2 | Lawrence Ambrose Gitau | | Margaret Gitau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 3 | | | Susan Gitau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 4 | Joel Gitumbu Kamau | | Peris Gitumbu | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 5 | | | Stacy Waithere | Granddaughter | | | $0 | $0.00 | $0 | $0.00 | $0.00 |
| 6 | Joseph Kamau Kiongo | | Monicah Kamau | Daughter of Jane | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 7 | | | Joan Kamau | Daughter of Jane | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 8 | Raphael Kivindyo | | Margaret Nzomo | Wife | | | $1,500,000 | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 9 | Barbara Muli | Injured | Barbara Muli | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 10 | | | Stephen Muli | Husband | | | $2,000,000 | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 11 | Aaron Makau Ndivo | | Lydia Ndivo Makau | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 12 | Francis Mbogo Njung'e | Deceased | Francis Mbogo Njung'e | | $628,131 | $0 | | $628,131.03 | $628,131 | $628,131.03 | $1,256,262.05 |
| 13 | | | Sarah Mbogo | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 14 | | | Misheck Mbogo | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 15 | | | Isaac Kariuki Mbogo | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 16 | | | Reuben Nyaga Mbogo | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 17 | | | Nancy Mbogo | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 18 | | | Ephantus Njagi Mbogo | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 19 | | | Stephen Njuki Mbogo | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 20 | | | Ann Mbogo | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 21 | | | Nephat Kimathi Mbogo | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 22 | Daniel Owiti Oloo | Injured | Daniel Owiti Oloo | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 23 | | | Magdaline Owiti | Wife | | | $1,500,000 | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 24 | Benson Bwaku | Injured | Benson Bwaku | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 25 | | | Beatrice Bwaku | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 26 | Jotham Godia | Injured | Jotham Godia | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 27 | | | Grace Godia | Wife | | | $1,250,000 | $2,827,312.50 | $1,250,000 | $2,827,312.50 | $5,654,625.00 |
| 28 | Vincent Kamau Nyoike | | Hannah Ngenda Kamau | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 29 | | | Duncan Nyoike Kamau | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 30 | | | Christine Mikali Kamau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 31 | | | Ruth Nduta Kamau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 32 | | | Mercy Wanjiru | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 33 | | | Stanley Nyoike | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 34 | | | Jennifer Njeri | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 35 | | | Anthony Njoroge | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 36 | | | Simon Ngugi | Son | | | $0 | $0.00 | $0 | $0.00 | $0.00 |
| 37 | Michael Ikonye Kiarie | Injured | Michael Ikonye Kiarie | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 38 | | | Jane Ikonye Kiarie | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 39 | | | Sammy Ndungu Kiarie | Son | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 40 | Elizabeth Kiato | Injured | Elizabeth Kiato | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 41 | | | Charity Kiato | Daughter | | | $0 | $0.00 | $0 | $0.00 | $0.00 |
| 42 | David Kiarie Kiburu | | Judy Kiarie | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 43 | George Magak Mimba | | Nancy Mimba Magak | Wife | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 44 | Raphael Peter Munguti | Injured | Raphael Peter Munguti | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 45 | | | Mary Munguti | Wife | | | $1,500,000 | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 46 | Nicholas Mutiso | | Angela Mwongeli Mutiso | Wife | | | $3,000,000 | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 47 | Benson Ndegwa | Injured | Benson Ndegwa | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 48 | | | Phoeba Ndegwa | Wife | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 49 | Charles Mwangi Ndibui | | Margaret Mwangi Ndibui | Wife | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 50 | Caroline Ngugi Kamau | Injured | Caroline Ngugi Kamau | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |

| # | Name | Status | Relative | Relation | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Francis Olewe Ochilo | | Charles Olewe | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 52 | Patrick Okech | | Phelister Okech | Wife | | | $2,000,000 | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 53 | Phaedra Vrontamitis | Deceased | Phaedra Vrontamitis | | $952,451 | $0 | | $952,450.61 | $952,451 | $952,450.61 | $1,904,901.23 |
| 54 | | | Leonidas Vrontamitis | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 55 | | | Alexander Vrontamitis | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 56 | | | Paul Vrontamitis | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 57 | | | Anastasia Gianpoulos | Sister | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 58 | Mary Ofisi | | John Ofisi | Husband | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 59 | Charles Mwaka Mulwa | | Katherine Mwaka | | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 60 | Julius Ogoro | | Eucabeth Gwaro | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 61 | Trusha Patel | Injured | Trusha Patel | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 62 | | | Pankaj Patel | Husband | | | $1,500,000 | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 63 | Wellington Oluoma | | Mary Mudeche | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 64 | | | Michael Ware | Son | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 65 | Sammy Mwangi | Injured | Sammy Mwangi | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 66 | | | Lucy Mwangi | Wife | | | $2,000,000 | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 67 | Jacinta Wahome | | Joseph Wahome | Husband | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 68 | Stella Mbugua | | Solomon Mbugua | Husband | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 69 | Japeth Godia | Injured | Japeth Godia | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 70 | | | Merab Godia | Wife | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 71 | Francis Maina Ndibui | | Winfred Maina | Wife | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 72 | Jomo Matiko Boke | Injured | Jomo Matiko Boke | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 73 | | | Selina Boke | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 74 | Humphrey Kiburu | Injured | Humphrey Kiburu | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 75 | | | Jennifer Wambui | Wife | | | $1,500,000 | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 76 | Harrison Kimani | Injured | Harrison Kimani | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 77 | | | Grace Kimani | Wife | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 78 | Elizabeth Muli-Kibue | Injured | Elizabeth Muli-Kibue | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 79 | Emily Minayo | | Hudson Chore | Husband | | | $2,000,000 | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 80 | Joash Okindo | | Lydia Nyaboka Otao Okindo | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 81 | Stanley Kinyua Macharia | Injured | Stanley Kinyua Macharia | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 82 | | | Nancy Macharia | | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 83 | Samuel Odhiambo Oriaro | | Betty Oriaro | Wife | | | $0 | $0.00 | $0 | $0.00 | $0.00 |
| 84 | Tobias Oyanda Otieno | | Rachel Oyanda Otieno | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 85 | Hilario Ambrose Fernandes | Injured | Hilario Ambrose Fernandes | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 86 | | | Catherine Mwangi | Wife | | | $1,500,000 | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 87 | Doreen Oport | Injured | Doreen Oport | | | $3,000,000 | | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 88 | | | Philemon Oport | Husband | | | $3,000,000 | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 89 | Gerald Bochart | Injured | Gerald Bochart | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 90 | | | Yvonne Bochart | Wife | | | $0 | $0.00 | $0 | $0.00 | $0.00 |
| 91 | | | Leilani Bower | Daughter | | | $2,000,000 | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 92 | Belinda Chaka | | Muraba Chaka | Husband | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 93 | James Ndeda | | Roselyne Ndeda | Wife | | | $4,000,000 | $9,047,400.00 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 94 | Milly Mikali Amduso | | James Mukabi | Husband | | | $2,000,000 | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 95 | Edwin Omori | Deceased | Edwin Omori | | $1,313,043 | $0 | | $1,313,043.24 | $1,313,043 | $1,313,043.24 | $2,626,086.48 |
| 96 | | | Florence Omori | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 97 | | | Bryan Omori | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 98 | | | Jerry Omori | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 99 | Caroline Okech | | Janathan Okech | Husband | | | $1,500,000 | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 100 | Francis Ndungu Mbugua | Deceased | Francis Ndungu Mbugua | | $275,103 | $0 | | $275,103.23 | $275,103 | $275,103.23 | $550,206.46 |
| 101 | | | Mary Muthoni Ndungu | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 102 | | | Samuel Mbugua Ndungu | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 103 | | | Jamleck Gitau Ndungu | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 104 | | | John Muiru Ndungu | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 105 | | | Edith Njeri | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 106 | | | Annastaciah Lucy Boulden | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 107 | | | Agnes Wanjiku Ndungu | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 108 | Frederick Maloba | | Faith Maloba | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 109 | | | Derrick Maloba | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 110 | | | Steven Maloba | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 111 | | | Belinda Maloba | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 112 | Charles Ochola | Injured | Charles Ochola | | | $3,000,000 | | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 113 | | | Rael Ochola | Wife | | | $3,000,000 | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| | | | TOTALS | | | $56,500,000.00 | $ 330,250,000.00 | $877,939,215.61 | $389,918,728.11 | $877,939,215.61 | $1,755,878,431.22 |