UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINFRED WAIRIMU WAMAI, <br> MILLY MIKALI AMDUSO, <br> MARY ONSONGO, <br> MONICAH OKOBA OPATI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC OF SUDAN, et al., <br><br> Defendants. | CIVIL ACTION NOs.: 08-1349 <br> 08-0136, 08-1380, 12-1224 (JDB) |

## NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

TO:  Republic of Sudan, and its attorneys:
     Christopher M. Curran, Esq.
     White & Case, LLP
     701 Thirteenth Street, NW
     Washington, DC 20005-3807

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30(b)(6) and 69(a)(2), counsel for Plaintiffs will take the deposition upon oral examination of the representative or representatives of the Republic of Sudan who is/are most knowledgeable regarding the matters designated in Exhibit A attached hereto. The deposition will take place beginning on February 15, 2016 at 10:00 a.m. at the offices of White & Case, LLP, 701 Thirteenth Street, NW, Washington, D.C. 20005, or at another location mutually agreed upon by the parties, and will continue from day to day thereafter until completed.

1

"Rule 30(b)(6) is intended to streamline the discovery process." McKesson Corp. v. Islamic Republic of Iran, 185 F.R.D. 70, 79 (D.D.C. 1999). Accordingly, Defendant shall designate one or more officers, directors, agents or other persons to testify on its behalf as to matters known or reasonably available to Defendant. Plaintiffs requests that Defendant produce all documents reviewed, provided to or used by such witness or witnesses in preparation for their depositions no later than five (5) business days prior to the examination.

Said oral examination will be stenographically recorded and videotaped, and shall be conducted before a person duly authorized to administer oaths in accordance with Rule 28(a) of the Federal Rules of Civil Procedure. The deposition upon oral examination will be used for all purposes authorized by law.

Dated: January 8, 2016

Respectfully submitted,

_____
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

Steven R. Perles, Esq.
Edward B. MacAllister, Esq.
Perles Law Firm, PC
1050 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
Tel: (202) 955-9055

Gavriel Mairone, Esq.
MM~Law LLC
980 North Michigan Ave., Suite 1400
Chicago, IL 60611

William Wheeler, Esq.
Wheeler & Franks Law Firm, P.C.
114 S. Broadway Street
Tupelo, MS 38804

John Arthur Eaves, Sr., Esq.
Law Offices of John Arthur Eaves
101 North State Street
Jackson, MS 39201

Allen L. Rothenberg, Esq.
Law Firm of Allen L. Rothenberg
1420 Walnut Street, 2nd Floor
Philadelphia, PA 19102

## **EXHIBIT A**

## **DEFINITIONS**

A. The term "You" "Your," "Sudan" or "Government of Sudan" means the Republic of Sudan, including without limitation all present and former departments, agencies, governmental authorities, institutions, ministries, committees, divisions, state-owned corporations or subsidiaries of such corporations, all state-owned financial institutions including but not limited to the Central Bank of Sudan, and any present and former officials, employees, consultants, agents, accountancies, attorneys and any other person or entity acting or purporting to act on behalf of the Republic of Sudan.

B. The term "person" or "persons" means any natural person, corporation, limited corporation, partnership, limited partnership, sole proprietorship, union, association, federation, agency, government unit, or any other entity capable of holding an interest in property.

C. The term "Central Bank of Sudan" means the Government-owned central bank of Sudan, which is also known as the Bank of Sudan, with its principal offices in Khartoum, Sudan and any present or former branches, divisions, subsidiaries, departments, and any present and former officials, employees, consultants, agents, attorneys or any other person or entity acting or purporting to act on behalf of the Republic of Sudan.

D. The term "BNP Paribas S.A. or any subsidiary or affiliated financial institution"  includes BNP Paribas S.A., BNP Paribas (Suisse) S.A., BNP Paribas North America, BNP Paribas's branch offices in New York, NY, Geneva, Switzerland, Paris,

France, and all other financial institutions controlled by or otherwise affiliated with BNP Paribas S.A.

E. The term "financial institution" includes (i) any financial institution as defined in Section 5312(a)(2) of Title 31 of the United States Code and (ii) any foreign bank as defined in Section 1 of the International Banking Act of 1978 (12 U.S.C. § 3101).

F. The term "financial transaction" includes any financial transaction as defined in Section 1956(c) of Title 18 of the United States Code.

G. The term "financial interest" means anything of monetary value, including, but not limited to equity interests (e.g., stocks, stock options or other ownership interests), interests in real or personal property, interests in intellectual property (e.g., patents, copyrights and royalties from such rights), and entitlements to fees, interest, dividends, royalties, rent, capital gains, or other payments.

H. The term "beneficial interest" refers to any right, direct or indirect, to receive benefits on, from, or in relation to assets or property held by another party. I.

I. Unless otherwise specified, the areas of designation and inquiry cover the period from November 3, 1997 and the imposition of economic sanctions by the United States upon Sudan through the present.

**AREAS OF DESIGNATION AND INQUIRY**

1. Any interest of any nature whatsoever that Sudan has in property or assets located in the United States, its territories and possessions, or any areas under the jurisdiction or authority of the United States, including but not limited to any financial or

beneficial interest in property that Sudan directly or indirectly uses, avails, employs, or puts in service in any manner or to secure indebtedness in any location.

2. Any financial account or property held, in whole or in part, in Sudan's name, for Sudan's account, or in which Sudan holds a financial or beneficial interest wherever located that is used to purchase goods or services from the United States or United States persons, to make payments to United States persons, or to conduct any non-diplomatic activity in the United States.

3. Any financial account or any interest in property whatsoever held directly or indirectly by or for the Central Bank of Sudan or any financial institution owned or controlled by the Government of Sudan in the United States, its territories and possessions, or any areas under the jurisdiction or authority of the United States.

4. Any financial account or property held, in whole or in part, by or for the Central Bank of Sudan or any financial institution owned or controlled by the Government of Sudan wherever located that is used to purchase goods or services from the United States or United States persons, to make payments to United States persons, or to conduct any non-diplomatic activity in the United States.

5. Any financial account or interest in property held, in whole or part, in Sudan's name, or for Sudan's account, or in which Sudan holds a financial or beneficial interest, in the United States or elsewhere, that is used to pay U.S. dollar-denominated obligations, bonds, indebtedness, securities, or contractual debts to any person wherever located.

6. Any financial account or interest in property held, in whole or in part, in the name or for the benefit of the Central Bank of Sudan or any financial institution owned or controlled by the Government of Sudan wherever located that is used to pay U.S. dollar-denominated obligations, bonds, indebtedness, securities, or contractual debts to any person wherever located.

7. Any financial account, security, or interest in property held by or for any Specially Designated National who is an employee, official, or agent of the Government of Sudan that, in any manner, was purchased by, funded by, invested in, or contributed to by the Government of Sudan, the Central Bank of Sudan, or any financial institution owned or controlled by the Government of Sudan (i) in the United States, its territories and possessions, or any areas under the jurisdiction or authority of the United States or (ii) with U.S. dollar-denominated funds, financial instruments, bonds, securities, or payments wherever located.

8. The relationship between Sudan and the Central Bank of Sudan, including to what extent the Central Bank of Sudan receives, holds, processes, or distributes funds owned by the Republic of Sudan.

9. The identity of all financial institutions and correspondent banks used by Sudan, the Central Bank of Sudan, or any financial institution owned or controlled by the Government of Sudan wherever located for the processing of financial transactions within or through the United States or involving U.S. dollar-denominated currency, indebtedness, securities, or accounts.

10. The identity of all bank accounts established by BNP Paribas at regional banks located in Africa, Europe and the Middle East on behalf of, or at the direction of Sudan, the Central Bank of Sudan, or any financial institution owned or controlled by the Government of Sudan during the period November 3, 1997 through the present

11. Sudan's communications, dealings, and transactions with BNP Paribas or any subsidiary or affiliated financial institution relating to financial transactions through or within the United States or involving U.S. dollar-denominated currency, indebtedness, securities, or accounts for the period of November 3, 1997 to the Present.

12. The identity, positions, and locations of all persons authorized to make deposits in or withdrawals from any account or fund which falls within the scope of topics 1 through 7 of this Deposition Notice.

13. The identity, positions, and locations of all officials, representatives, agents, and/or employees of the Republic of Sudan with authority to direct, communicate, and respond to BNP Paribas relating to bank accounts and financial transactions on behalf of the Republic of Sudan.

14. The identity, positions, and locations of all officials, representatives, agents, and/or employees of the Central Bank of Sudan or any financial institution owned or controlled by the Government of Sudan with authority to direct, communicate, and respond to BNP Paribas relating to bank accounts and financial transactions on behalf of the Republic of Sudan.

15. The identity, positions, and locations of all persons responsible for selecting or supervising BNP Paribas as a correspondent bank or intermediary bank for the Central

Bank of Sudan or any financial institution owned or controlled by the Government of Sudan.

16. Sudan's communications, dealings, and transactions with BNP Paribas or any subsidiary or affiliated financial institution relating to any indemnification, reimbursement, contribution, sharing, or payment of any portion of any fine, penalty, fees, costs, or forfeiture incurred or paid by BNP Paribas arising from its 2014 criminal guilty plea in the United States District Court for the Southern District of New York or its related consent agreements with the U.S. Department of Treasury or the State of New York.

17. Any letter of credit, collateral, indebtedness, or security provided by Sudan or on Sudan's behalf, in connection with any non-diplomatic activity (i) in the United States, its territories and possessions, or any areas under the jurisdiction or authority of the United States, or (ii) involving U.S. dollar-denominated currency, indebtedness, or account.

18. Any non-diplomatic activities, transactions, or ventures undertaken by or on behalf of Sudan in the United States, its territories and possessions, or any areas under the jurisdiction or authority of the United States whether independently or as a participant in a joint venture, partnership, syndicate, or other combination with any third party.

19. The manner, procedures, communications, property, documents, entities, and persons used by the Republic of Sudan, the Central Bank of Sudan, or any financial institution owned or controlled by the Government of Sudan for processing and conducting financial transactions (i) through or within the United States, its territories and possessions, or any areas under the jurisdiction or authority of the United States or (ii) involving U.S.

dollar-denominated currency, indebtedness, securities, or accounts following the imposition of United States sanctions against Sudan in November 1997.