# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MILLY MIKALI AMDUSO**, *et al.*, | ) |
| **Plaintiffs,** | ) |
| | ) Case No. 08-cv-1361 (JDB) |
| v. | ) |
| **REPUBLIC OF SUDAN,** | ) |
| **Defendant.** | ) |

## [PROPOSED] ORDER

This cause comes before the Court on Plaintiffs' Motion to Compel Rule 69 Discovery From the Republic of Sudan. Upon consideration of Plaintiffs' Motion, it is HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

The Republic of Sudan shall produce documents responsive to Plaintiffs' Request for Production of Documents and designate a witness to testify to the matters identified in Plaintiffs' Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) within thirty (30) days.

SO ORDERED

Dated:

_____
**HON. JOHN D. BATES**
**UNITED STATES DISTRICT JUDGE**

1