```
                                                                    1
1    UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3

4

5    JAMES OWENS,                        :  CA Nos. 01-2244
                                         :          14-2090
6                Plaintiff,              :          14-2118
                                         :          15-1954
7    v.                                  :          08-1349
                                         :
8    REPUBLIC OF SUDAN,                  :
                                         :
9                Defendant.              :
     ----------------------------------------------------------
10

11              TRANSCRIPT OF MOTIONS HEARING
             BEFORE THE HONORABLE JOHN D. BATES
12              UNITED STATES DISTRICT JUDGE
                 Friday, December 18, 2015
13

14   APPEARANCES:

15     For the Plaintiffs:   CROWELL MORING, LLP
                             BY STUART H. NEWBERGER, ESQ.
16                              JOHN L. MURINO, ESQ.,
                             1001 Pennsylvania Avenmue, NW
17                           Washington, D.C.  20004-2595

18                           MILLER FIRM, LLC
                             BY:  MICHAEL J. MILLER, ESQ.
19                                EDWARD MAC ALLISTER, ESQ.
                             108 Railroad Avenue
20                           Orange, VA   22960

21                           PERLES LAW FIRM, P.C.
                             BY:  STEVEN R. PERLES, ESQ.
22                           1050 Connecticut Avenue, NW
                             Suite 500
23                           Washington, D.C. 20036

24

25


                BARBARA DE VICO, FOCR, CRR, RMR
                  (202)354-3118      Room 6509
```

1    the careful attention you've given to our arguments.
2    We're very grateful of that.
3                    We know that that's asking a lot, given
4    the late appearance.  But all I can say -- and this is
5    only an assertion or a representation; it cannot be more
6    than that, I know -- but Sudan desires to appear in the
7    court, defend itself on the merits if need be if we
8    don't win on extrajudicial killing.  Sudan wants to
9    clear its name.  It's willing to provide evidence to do
10   so, and that's why it's appearing in this court and all
11   the other courts in which it has actions where it has
12   been found liable or is subject to claims.
13                   THE COURT:  All right.  One question I
14   have for you is:  Why not a bond?
15                   MR. CURRAN:  Your Honor, first of all,
16   do I only have a minute for this?
17                   THE COURT:  Yes.
18                   MR. CURRAN:  Okay.  Because it's
19   unprecedented.  A bond --
20                   THE COURT:  They cited a couple of
21   cases where bonds have been ordered, presumably in FSIA
22   cases, with respect to the foreign states.
23                   MR. CURRAN:  My bond expert will
24   address the question in the one minute.
25                   MS. ERB:  Yes, in the one minute.