# EXHIBIT D

# Declaration of Hazem Abdel Kader Ahmad

# FILED UNDER SEAL