**Entities Designated under the Sudan Sanctions Program, Sudanese Sanctions Regulations, 31 C.F.R. Part 538**

| Name | Address | Type | Program(s) |
|---|---|---|---|
| 1. AFRICAN DRILLING COMPANY | | Entity | SUDAN |
| 2. AGRICULTURAL BANK OF SUDAN | P.O. Box 1363 | Entity | SUDAN |
| 3. AMIN EL GEZAI COMPANY | | Entity | SUDAN |
| 4. AUTOMOBILE CORPORATION | | Entity | SUDAN |
| 5. BANK OF SUDAN | Sharia El Gamaa, P.O. Box 313 | Entity | SUDAN |
| 6. BLUE NILE PACKING CORPORATION | P.O. Box 385 | Entity | SUDAN |
| 7. COPTRADE COMPANY LIMITED - PHARMACEUTICAL AND CHEMICAL DIVISION | P.O. Box 246 | Entity | SUDAN |
| 8. EL GEZIRA AUTOMOBILE COMPANY | P.O. Box 232 | Entity | SUDAN |
| 9. EL NILEIN BANK | Parliament Street, P.O. Box 466 | Entity | SUDAN |
| 10. EL TAKA AUTOMOBILE COMPANY | P.O. Box 221 | Entity | SUDAN |
| 11. EMIRATES AND SUDAN INVESTMENT COMPANY LIMITED | P.O. Box 7036 | Entity | SUDAN |
| 12. GEZIRA TRADE & SERVICES COMPANY LIMITED | P.O. Box 215 | Entity | SUDAN |
| 13. GROUPED INDUSTRIES CORPORATION | P.O. Box 2241 | Entity | SUDAN |
| 14. ICDB | P.O. Box 62 | Entity | SUDAN |
| 15. INDUSTRIAL BANK COMPANY FOR TRADE & DEVELOPMENT LIMITED | | Entity | SUDAN |
| 16. INDUSTRIAL RESEARCH AND CONSULTANCY INSTITUTE | P.O. Box 268 | Entity | SUDAN |
| 17. INGASSANA MINES HILLS CORPORATION | P.O. Box 2241 | Entity | SUDAN |
| 18. KASSALA FRUIT PROCESSING COMPANY | | Entity | SUDAN |
| 19. KHARTOUM CENTRAL FOUNDRY | | Entity | SUDAN |
| 20. KHARTOUM COMMERCIAL AND SHIPPING COMPANY LIMITED | Kasr Avenue, P.O. Box 221 | Entity | SUDAN |
| 21. KHARTOUM TANNERY | P.O. Box 134 | Entity | SUDAN |
| 22. KHOR OMER ENGINEERING COMPANY | P.O. Box 305 | Entity | SUDAN |
| 23. KORDOFAN COMPANY | | Entity | SUDAN |
| 24. MILITARY COMMERCIAL CORPORATION | P.O. Box 221 | Entity | SUDAN |
| 25. MODERN ELECTRONIC COMPANY | | Entity | SUDAN |
| 26. MODERN LAUNDRY BLUE FACTORY | P.O. Box 2241 | Entity | SUDAN |
| 27. MODERN PLASTIC & CERAMICS INDUSTRIES COMPANY | | Entity | SUDAN |
| 28. NATIONAL REINSURANCE COMPANY (SUDAN) LIMITED | P.O. Box 443 | Entity | SUDAN |

| # | Name | Address | Type | Country |
|---|------|---------|------|---------|
| 29. | NILE CEMENT COMPANY LIMITED | P.O. Box 1502 | Entity | SUDAN |
| 30. | PORT SUDAN REFINERY LIMITED | P.O. Box 354 | Entity | SUDAN |
| 31. | PUBLIC CORPORATION FOR BUILDING AND CONSTRUCTION | P.O. Box 2110 | Entity | SUDAN |
| 32. | PUBLIC CORPORATION FOR IRRIGATION AND EXCAVATION | P.O. Box 619 | Entity | SUDAN |
| 33. | PUBLIC ELECTRICITY AND WATER CORPORATION | P.O. Box 1380 | Entity | SUDAN |
| 34. | RED SEA STEVEDORING | P.O. Box 215 | Entity | SUDAN |
| 35. | ROADS AND BRIDGES PUBLIC CORPORATION | P.O. Box 756 | Entity | SUDAN |
| 36. | SACKS FACTORY | P.O. Box 2328 | Entity | SUDAN |
| 37. | SILOS AND STORAGE CORPORATION | P.O. Box 1183 | Entity | SUDAN |
| 38. | SRC | P.O. Box 43 | Entity | SUDAN |
| 39. | SRDC | P.O. Box 2190 | Entity | SUDAN |
| 40. | STATE CORPORATION FOR CINEMA | P.O. Box 6028 | Entity | SUDAN |
| 41. | STATE TRADING COMPANY | P.O. Box 211 | Entity | SUDAN |
| 42. | SUDAN AIR | P.O. Box 253 | Entity | SUDAN |
| 43. | SUDAN DEVELOPMENT CORPORATION | Street 21, P.O. Box 710 | Entity | SUDAN |
| 44. | SUDAN EXHIBITION AND FAIRS CORPORATION | P.O. Box 2366 | Entity | SUDAN |
| 45. | SUDAN OIL SEEDS COMPANY LIMITED | P.O. Box 167 | Entity | SUDAN |
| 46. | SUDAN WAREHOUSING COMPANY | P.O. Box 215 | Entity | SUDAN |
| 47. | SUDANESE COMPANY FOR BUILDING AND CONSTRUCTION LIMITED | P.O. Box 2110 | Entity | SUDAN |
| 48. | SUDANESE ESTATES BANK | Al-Baladiya Avenue, P.O. Box 309 | Entity | SUDAN |
| 49. | SUDANESE REAL ESTATE SERVICES COMPANY | | Entity | SUDAN |
| 50. | SUDANESE SAVINGS BANK | P.O. Box 159 | Entity | SUDAN |
| 51. | TAHEER PERFUMERY CORPORATION | P.O. Box 2241 | Entity | SUDAN |
| 52. | TAHREER PERFUMERY CORPORATION, EL | | Entity | SUDAN |
| 53. | TEA PACKETING AND TRADING COMPANY | P.O. Box 369 | Entity | SUDAN |
| 54. | WAFRA CHEMICALS & TECHNO-MEDICAL SERVICES LIMITED | | Entity | SUDAN |
| 55. | WHITE NILE BATTERY COMPANY | | Entity | SUDAN |
| 56. | INDUSTRIAL BANK OF SUDAN | United Nations Square, P.O. Box 1722 | Entity | SUDAN |
| 57. | ACCOUNTS & ELECTRONICS EQUIPMENTS | P.O. Box 97 | Entity | SUDAN |
| 58. | AFRICAN OIL CORPORATION | P.O. Box 1 | Entity | SUDAN |
| 59. | ALAKTAN COTTON TRADING COMPANY | P.O. Box 2067 | Entity | SUDAN |

| # | Name | Address | Type | Country |
|---|---|---|---|---|
| 60. | ARAB CEMENT COMPANY | | Entity | SUDAN |
| 61. | BABANOUSA MILK PRODUCTS FACTORY | P.O. Box 16 | Entity | SUDAN |
| 62. | BLUE NILE BREWERY | P.O. Box 1408 | Entity | SUDAN |
| 63. | BUILDING MATERIALS AND REFRACTORIES CORPORATION | P.O. Box 2241 | Entity | SUDAN |
| 64. | ENGINEERING EQUIPMENT COMPANY | P.O. Box 97 | Entity | SUDAN |
| 65. | ENGINEERING EQUIPMENT CORPORATION | P.O. Box 97 | Entity | SUDAN |
| 66. | EXPLORATION AND PRODUCTION AUTHORITY (SUDAN) | Kuwait Building, Nile Avenue | Entity | SUDAN |
| 67. | FOOD INDUSTRIES CORPORATION | P.O. Box 2341 | Entity | SUDAN |
| 68. | FRIENDSHIP SPINNING FACTORY | | Entity | SUDAN |
| 69. | GEZIRA TANNERY | | Entity | SUDAN |
| 70. | GINEID SUGAR FACTORY | P.O. Box 1 | Entity | SUDAN |
| 71. | HAGGAR ASSALAYA SUGAR FACTORY | | Entity | SUDAN |
| 72. | INDUSTRIAL PRODUCTION CORPORATION | P.O. Box 1034, El Gamaa Street | Entity | SUDAN |
| 73. | KARIMA DATE FACTORY | | Entity | SUDAN |
| 74. | KARIMA FRUIT AND VEGETABLE CANNING FACTORY | P.O. Box 54 | Entity | SUDAN |
| 75. | KASSALA ONION DEHYDRATION FACTORY | P.O. Box 22 | Entity | SUDAN |
| 76. | KENAF SOCKS FACTORY | | Entity | SUDAN |
| 77. | KRIKAH INDUSTRIES GROUP | P.O. Box 755 | Entity | SUDAN |
| 78. | LEATHER INDUSTRIES CORPORATION | P.O. Box 1639 | Entity | SUDAN |
| 79. | MANGALA SUGAR FACTORY | | Entity | SUDAN |
| 80. | MALUT SUGAR FACTORY | | Entity | SUDAN |
| 81. | MASPIO CEMENT CORPORATION | P.O. Box 96 | Entity | SUDAN |
| 82. | MAY ENGINEERING COMPANY | P.O. Box 97 | Entity | SUDAN |
| 83. | NATIONAL COTTON AND TRADE COMPANY | P.O. Box 1552 | Entity | SUDAN |
| 84. | NEW HAIFA SUGAR FACTORY | | Entity | SUDAN |
| 85. | NEW KHARTOUM TANNERY | P.O. Box 17 | Entity | SUDAN |
| 86. | NILE CEMENT FACTORY | | Entity | SUDAN |
| 87. | NORTHWEST SENNAR SUGAR FACTORY | | Entity | SUDAN |
| 88. | OIL CORPORATION | P.O. Box 64 | Entity | SUDAN |
| 89. | OMDURMAN SHOE FACTORY | | Entity | SUDAN |
| 90. | PETROLEUM GENERAL ADMINISTRATION | P.O. Box 2649 | Entity | SUDAN |
| 91. | PORT SUDAN COTTON AND TRADE COMPANY | P.O. Box 590 | Entity | SUDAN |
| 92. | PORT SUDAN EDIBLE OILS STORAGE CORPORATION | P.O. Box 429 | Entity | SUDAN |

| # | Name | Address | Type | Country |
|---|------|---------|------|---------|
| 93. | PUBLIC CORPORATION FOR OIL PRODUCTS AND PIPELINES | | Entity | SUDAN |
| 94. | PORT SUDAN SPINNING FACTORY | | Entity | SUDAN |
| 95. | RABAK OIL MILL | P.O. Box 2105 | Entity | SUDAN |
| 96. | RAINBOW FACTORIES | P.O. Box 1768 | Entity | SUDAN |
| 97. | REA SWEET FACTORY | P.O. Box 1027 | Entity | SUDAN |
| 98. | RED SEA HILLS MINERALS COMPANY | P.O. Box 1034 | Entity | SUDAN |
| 99. | REFRIGERATION AND ENGINEERING IMPORT COMPANY | P.O. Box 1092 | Entity | SUDAN |
| 100. | SHEREIK MICA MINES COMPANY | P.O. Box 1034 | Entity | SUDAN |
| 101. | SPINNING AND WEAVING CORPORATION | P.O. Box 795 | Entity | SUDAN |
| 102. | SUDAN COTTON COMPANY | | Entity | SUDAN |
| 103. | SUDAN COTTON COMPANY LIMITED | P.O. Box 1672 | Entity | SUDAN |
| 104. | SUDAN OIL CORPORATION | P.O. Box 2 | Entity | SUDAN |
| 105. | SUDAN SOAP CORPORATION | P.O. Box 23 | Entity | SUDAN |
| 106. | SUDANESE INTERNATIONAL TOURISM COMPANY | P.O. Box 7104 | Entity | SUDAN |
| 107. | SUDANESE MINING CORPORATION | P.O. Box 1034 | Entity | SUDAN |
| 108. | TOURISM AND HOTELS CORPORATION | P.O. Box 7104 | Entity | SUDAN |
| 109. | WAU FRUIT AND VEGETABLE CANNING FACTORY | P.O. Box 110 | Entity | SUDAN |
| 110. | WHITE NILE BREWERY | P.O. Box 1378 | Entity | SUDAN |
| 111. | WHITE NILE TANNERY | P.O. Box 4078 | Entity | SUDAN |
| 112. | DUTY FREE SHOPS CORPORATION | P.O. Box 1789 | Entity | SUDAN |
| 113. | JUBA DUTY FREE SHOP | | Entity | SUDAN |
| 114. | PORT SUDAN DUTY FREE SHOP | | Entity | SUDAN |
| 115. | WAD MADANI DUTY FREE SHOP | | Entity | SUDAN |
| 116. | GREATER NILE PETROLEUM OPERATING COMPANY LIMITED | Hotel Palace, Room 420, El Nil Avenue | Entity | SUDAN |
| 117. | SUDAPET LTD. | El Nil Street | Entity | SUDAN |
| 118. | COPTRADE ENG AND AUTOMOBILE SERVICES CO LTD. | P.O. Box 97 | Entity | SUDAN |
| 119. | NATIONAL CIGARETTES CO. LTD. | P.O. Box 2083 | Entity | SUDAN |
| 120. | NATIONAL ELECTRICITY CORPORATION | P.O. Box 1380 | Entity | SUDAN |
| 121. | POSTS AND TELEGRAPHS PUBLIC CORPORATION | | Entity | SUDAN |
| 122. | SUDANESE FREE ZONES AND MARKETS COMPANY | P.O. Box 1789 | Entity | SUDAN |
| 123. | SUDAN NATIONAL BROADCASTING CORPORATION | P.O. Box 1094 | Entity | SUDAN |

| # | Name | Address | Type | Country |
|---|---|---|---|---|
| 124. | SUDAN TEA COMPANY, LTD. | P.O. Box 1219 | Entity | SUDAN |
| 125. | SUDANESE PETROLEUM CORPORATION | 7th Floor, Al Kuwaitiah Building, El Nile Street | Entity | SUDAN |
| 126. | SUGAR AND DISTILLING INDUSTRY CORPORATION | New Mustafa El Amin Building, Barlaman Avenue, P.O. Box 511 | Entity | SUDAN |
| 127. | FARMERS COMMERCIAL BANK | P.O. Box 1116, El Kasr Avenue | Entity | SUDAN |
| 128. | GIAD MOTOR INDUSTRY COMPANY LIMITED | Basheer Mohammad Saeed Building, Baladia Street, P.O. Box 13610 | Entity | SUDAN |
| 129. | GIAD AUTOMOTIVE INDUSTRY COMPANY LIMITED | Gazera State (40 km distance from Khartoum), P.O. Box 444/13600 | Entity | SUDAN |
| 130. | SUDAN MASTER TECHNOLOGY | SMT Building, Gamhuria Street, GIAD Industrial Complex, P.O. Box 10782 | Entity | SUDAN |
| 131. | ADVANCED MINING WORKS COMPANY LIMITED | Elmek Nimir Street, Khartoum Bahri/Industrial Area, P.O. Box 1034 | Entity | SUDAN |
| 132. | ALFARACHEM COMPANY LIMITED | 27 Al Amarat Street | Entity | SUDAN |
| 133. | ADVANCED TRADING AND CHEMICAL WORKS COMPANY LIMITED | 19 Al Amarat Street, P.O. Box 44690 | Entity | SUDAN |
| 134. | HICONSULT | | Entity | SUDAN |
| 135. | HICOM | | Entity | SUDAN |
| 136. | SUDAN ADVANCED RAILWAYS | | Entity | SUDAN |
| 137. | ADVANCED ENGINEERING WORKS | Street No. 53, P.O. Box 44690 | Entity | SUDAN |
| 138. | HI-TECH CHEMICALS | | Entity | SUDAN |
| 139. | BASHAIER | | Entity | SUDAN |
| 140. | PETROHELP PETROLEUM COMPANY LIMITED | Building No. 20, Street No. 42, Al Riyadh Area, P.O. Box 44690 | Entity | SUDAN |
| 141. | RAM ENERGY COMPANY LIMITED | Altiyadh Street 131/Almashtal Street, Block 12, House No. 87, P.O. Box 802 | Entity | SUDAN |
| 142. | HI-TECH PETROLEUM GROUP | | Entity | SUDAN |
| 143. | HI TECH GROUP | Amarat Street No. 31, P.O. Box 44690 | Entity | SUDAN |
| 144. | WAFRA PHARMA LABORATORIES | Main Street, P.O. Box 2032 | Entity | SUDAN |
| 145. | AL SUNUT DEVELOPMENT COMPANY | No. 1 Block 5 East, Khartoum 2, P.O. Box 1840 | Entity | SUDAN |
| 146. | SHEIKAN INSURANCE AND REINSURANCE COMPANY LIMITED | Al Souq Al Arabi, Sheikan Building, Khartoum SU001, P.O. Box 10037 | Entity | SUDAN |
| 147. | ARAB SUDANESE SEED COMPANY | | Entity | SUDAN |
| 148. | ARAB SUDANESE VEGETABLE OIL COMPANY | | Entity | SUDAN |
| 149. | ARAB SUDANESE BLUE NILE AGRICULTURAL COMPANY | | Entity | SUDAN |

| | | | | |
|---|---|---|---|---|
| 150. | SUDAN TELECOMMUNICATIONS COMPANY LIMITED | 9th Floor, Sudatel Tower, Nile Street | Entity | SUDAN |
| 151. | GUNEID SUGAR COMPANY LIMITED | P.O. Box 511 | Entity | SUDAN |
| 152. | SENNAR SUGAR COMPANY LIMITED | P.O. Box 511 | Entity | SUDAN |
| 153. | ASSALAYA SUGAR COMPANY LIMITED | Eastern Bank of White Nile River, near Rabak town (about 300 km from Khartoum, P.O. Box 511 | Entity | SUDAN |
| 154. | NEW HALFA SUGAR FACTORY COMPANY LIMITED | El Gamaa Street (Aljama Street), New Halfa, P.O. Box 511/3047 | Entity | SUDAN |
| 155. | SUDANESE SUGAR PRODUCTION COMPANY LIMITED | El Gamaa Street (Aljama Street), Opposite the Authority of Electricity Building, P.O. Box 511 | Entity | SUDAN |
| 156. | SUDAN GEZIRA BOARD | Khartum Gezira Scheme Building, 39th Street, P.O. Box 884 | Entity | SUDAN |
| 157. | ADVANCED PETROLEUM COMPANY | House No. 10, Block 9, Street 33, Amarat, P.O. Box 12811 | Entity | SUDAN |