# EXHIBIT F

# Bank of New York Mellon Response to Information Subpoena

# FILED UNDER SEAL