# EXHIBIT G

# HSBC Response to Information Subpoena

# FILED UNDER SEAL