# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

MILLY MIKALI AMDUSO, *et al.*,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　　Case No. 1:08-1361 (JDB)
　　　　　　　　　　　　　　　　　　　　)
REPUBLIC OF SUDAN,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
_____)

## <u>ORDER</u>

THIS CAUSE came before the Court Upon Plaintiffs' Renewed Motion to Compel. Based upon the Court's consideration of this matter, it is hereby ordered that:

1.　　　For purposes of responding to Plaintiffs' discovery requests, the "Government of Sudan," which is defined in 28 U.S.C. § 1603, shall refer to all political subdivisions, agencies and instrumentalities of the Sudanese government, including all entities owned or controlled by the Government of Sudan such as the entities the United States Government has identified on its Specially Designated Nationals ("SDN") List with the designation "[SUDAN]."

　　　a.　These entities are set forth in the attached **Exhibit 1**.

　　　b.　If Sudan objects that any of these entities should not be included in the definition of the Government of Sudan because they are not owned or controlled by the Sudanese Government, it shall submit specific facts to Plaintiffs and this Court (verified under oath) stating the reason for its objection and demonstrating why these entities are neither owned or controlled by the Government of Sudan.

2.      Sudan is further ordered to provide the following documents and information to

Plaintiffs **within 30 days**:

    a.   As outlined in Requests 1 through 3 of Plaintiffs' October 2015 Requests for Production of Documents ("RPD[s]"), all documents, communications and electronically stored information sufficient to identify all accounts; investments; securities; credits; assets; real, personal, or intangible property; and any interest in property (of any nature whatsoever, direct or indirect) of the Government of Sudan or the Central Bank of Sudan, which, during the period November 1, 1997 through the Present, is or was (i) present within the United States, (ii) transferred through the United States, or (iii) within the full or partial custody, control, management, supervision, or possession of a United States person.

    b.   As specified in RPDs 4, 5, 7, 10 through 12, and 14 of Plaintiffs' October 2015 RPDs, all documents, communications and electronically stored information sufficient to identify Sudan's concealment of its assets around the world as outlined in the guilty plea by BNP Paribas in *United States v. BNP Paribas, S.A.*, 14-cr-00460-LGS (S.D.N.Y. 2014).

    c.   As specified in RPDs 6, 8, 9, 13 through 17 of Plaintiffs' October 2015 RPDs, all documents, communications and electronically stored information sufficient to identify Sudan's concealment of its assets around the world in response to the imposition of U.S. sanctions during the period November 1, 1997 through October 31, 2001.

    d.   As outlined in Plaintiffs' January 8, 2016 Notice Pursuant to Rule 30(b)(6), the identification and production of a witness to address each of the above categories.

IT IS SO ORDERED, this _____ day of _____, 2017.


_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE